UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
December 23, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>        Plaintiff, ) <br> v. ) <br> ) <br> HUMBERTO JOHN LOZANO, III, ) <br> ) <br>        Defendant. ) | Case No. 2:3CR00402-KJM-1 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  HUMBERTO JOHN LOZANO, III , Case No. 2:3CR00402-KJM-1 , Charge  18USC § 2252(a)(2), 2253(a)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $_____

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

    ✔   (Other)   Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  December 23, 2013  at  2:00 pm .

By   /s/ Allison Claire /s/ Allison Claire
      Allison Claire
      United States Magistrate Judge

Copy 2 - Court