**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Huberto Lozano

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S-13-402 KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | TO MODIFY CONDITIONS OF |
| vs. ) | RELEASE |
| ) | |
| ) | |
| HUMBERTO LOZANO III ) | |
| ) | |
| Defendant ) | |
| ) | |

    For the reasons stated below, defendant, Humberto Lozano, alone, through counsel, and the Government, through counsel, Assistant United States Attorney, Mathew Segal, stipulate that MR. Lozanos's conditions of release may be modified to extend his curfew from 8:00 PM to 11:00 PM on December 24, 2014 and December 25, 2014 only.

    By this Court's previous order Mr. Lozano was place on electronic monitoring and given an 8:00 PM curfew and other conditions as conditions for pre-trial release. Other than extended his curfew three hours, in order that he mays spend

-1-

time with his extend family and Christmas Eve and Christmas day, all other conditions of release shall remain in full force and effect.

**IT IS SO STIPULATED**

/s/Mathew Segal
MATHEW SEGAL, Esq.,                    Dated: December 19, 2014
Assistant United States Attorney
Attorney for Plaintiff

/S/MICHAEL B. BIGELOW                  Dated: December 19, 2014
Michael B. Bigelow
Attorney for Defendant
Tommy Ware

**IT IS SO ORDERED**

_____               DATED:   December 19, 2014
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE