UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUMBERTO JOHN LOZANO, III,<br><br>Defendant. | No. 2:13-cr-0402-KJM<br><br><br><br>ORDER |

      Humberto John Lozano, III pleaded guilty to distribution and receipt of child pornography. He was sentenced and judgment was entered in July 2015. ECF Nos. 59–62. The victim associated with the "Angela" series of images defendant distributed submitted an impact statement and request for restitution. ECF Nos. 46 & 46-1; *see* Parker Decl., ECF No. 70.

      To obtain a restitution award, the government has the burden to prove the amount of loss a defendant caused by a preponderance of the evidence. 18 U.S.C. § 3664(e). Under the Ninth Circuit's *Galan* opinion, restitution in a child pornography distribution case is only proper if the losses the original abuser caused are disaggregated from the loss the defendant-distributor caused. *United States v. Galan*, 804 F.3d 1287, 1290–91 (9th Cir. 2015); *see United States v. Grovo*, 826 F.3d 1207, 1222 (9th Cir. 2016) ("Under *Galan*, [the district court's] failure to disaggregate losses caused by the initial abuse was an abuse of discretion.").

Here, the government's filings and the materials "Angela" submitted do not disaggregate the losses the initial abuser caused from the losses Lozano's subsequent distribution of images caused. *See* Suppl. Attach. to Presentence Invest. R., ECF Nos. 46 & 46-1; Sentencing Mem. 4–7, ECF No. 55. On September 13, 2016, the court granted the government until October 12, 2016 to develop the record to meet its burden of disaggregating the losses to comply with *Galan*. ECF No. 72 at 2. The government has not responded. As a result, the court is not in a position to determine, by a preponderance of the evidence, the losses defendant Lozano proximately caused "Angela." The court construes the government's decision not to file supplemental briefing as a concession that the record does not support a restitution award in this case.

Accordingly, the court will amend the judgment to reflect that no restitution will be ordered in this case.

IT IS SO ORDERED.

DATED: March 30, 2017.

_____
UNITED STATES DISTRICT JUDGE